UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

RICHARD P LONGLEY

CASE NO: 8-21-bk-06209

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 35

On 12/8/2022, a copy of the following documents, described below,

Order denying confirmation and dismissing case ECF Docket Reference No. 35

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/8/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jon M. Waage
Chapter 13 Trustee
PO Box 25001
Bradenton, FL  34206-5001

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE/PARTIES
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 8-21-BK-06209<br>MIDDLE DISTRICT OF FLORIDA<br>WED DEC 7 13-19-14 PST 2022 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO  TX 79998-2238 | CAROLYN C MEADOWS<br>BECKER  POLIAKOFF  PA<br>1511 N WESTSHORE BLVD<br>SUITE 1000<br>TAMPA  FL 33607-4591 |
| DEPARTMENT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE  FL 32314-6668 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OHIO 43054-3025 | DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON  DE 19850-5316 |
| FIFTH THIRD BANK<br>5001 KINGSLEY DR 1MOBBW<br>CINCINNATI  OH 45227-1114 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | IRS<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| EXCLUDE<br>~~JON WAAGE~~<br>~~P O BOX 25001~~<br>~~BRADENTON  FL 34206-5001~~ | (P)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | PERRY G GRUMAN<br>3400 WEST KENNEDY BOULEVARD<br>TAMPA  FL 33609-2906 |
| PORTFOLIO RECOV ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK  VA 23502-4952 | DEBTOR<br>RICHARD P LONGLEY<br>9874 INDIAN KEY TRAIL<br>SEMINOLE  FL 33776-1073 | TARA CAY SOUND  SOUTH VILLAGE HOA<br>BECKER  POLIAKOFF  PA<br>111 N ORANGE AVENUE<br>SUITE 1400<br>ORLANDO  FL 32801-2324 |
| TARA CAY SOUND  SOUTH VILLAGE HOA  INC<br>1511 N WESTSHORE BLVD<br>SUITE 1000<br>TAMPA  FL 33607-4591 | TARA CAY SOUND  SOUTH VILLAGE<br>HOMEOWNERS ASS<br>BECKER  POLIAKOFF  PA<br>1511 N WESTSHORE BLVD<br>SUITE 1000<br>TAMPA  FL 33607-4591 | TARA CAY SOUND SOUTH HOA<br>CO QUALITY PROP MGMT  INC<br>1301 SEMINOLE BLVD 110<br>LARGO  FL 33770-8124 |
| EXCLUDE<br>~~(U)FIFTH THIRD BANK  NATIONAL~~<br>~~ASSOCIATION~~ | UNITED STATES TRUSTEE  TPA713 7<br>TIMBERLAKE ANNEX  SUITE 1200<br>501 E POLK STREET<br>TAMPA  FL 33602-3949 | |